584 A.2d 249

IN THE MATTER OF THE ESTATE OF AMALIO PAGAN,
A/K/A AMALIO PAGAN AVILES, DECEASED.

June 11, 1990.

Petition for certification denied.

584 A.2d 249

STATE OF NEW JERSEY v. ROBERT J. BROWN.

June 11, 1990.

Petition for certification denied.

584 A.2d 250

STATE OF NEW JERSEY v. TANYA BROWN.

June 11, 1990.

Petition for certification denied.

584 A.2d 250

STATE OF NEW JERSEY v. ROBERT THOMAS.

June 11, 1990.

Petition for certification denied.